```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

**CORNELIUS SPENCER,**            :
                                  :
      Petitioner             :     No. 1:14-CV-01177
                                  :
  vs.                            :     (Judge Kane)
                                  :
**WARDEN JEFF THOMAS,**           :
                                  :
      Respondent             :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1. Spencer's petition for writ of habeas corpus (Doc. 1) is dismissed.

    2. The Clerk of Court is directed to close this case.

                                  S/ Yvette Kane
                                  Yvette Kane
                                  United States District Judge

Date: May 14, 2015